# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| ASHONTA CHARLES, ALI CLAYTON, LUIS ESPINEIRA, RODNEY GEORGE, ROBERT GREENE, CRAIG HARRIS, SAMANTHA MISSAGHY, TYLER MORELAND, ANGELA REDIC, SLOANE SOMMERS, MICHAEL TOOMLEY, KIMBERLY MOORE, and JERRY FRANKLYN, | § § § § § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5:23-CV-00144-RWS |
| v. | § § § | |
| DANNY CROCKER, BCSFM, LLC, and BCS MANAGEMENT GROUP, LLC, | § § § | |
| Defendants. | § § § | |

## <u>ORDER</u>

The Court's prior order setting a hearing for Plaintiffs' Default Judgment Motion (Docket No. 16) required Plaintiffs to serve a copy of the prior order "on all Defendants, in the same manner authorized by the order that granted Plaintiffs' Motion for Alternative Service of Process, *see* Docket No. 5, and file a notice on the docket indicating that they have done so." Docket No. 16. In response to a call received from Plaintiffs' counsel, the Court hereby clarifies its prior order. It is

**ORDERED** that if Defendant Danny Crocker no longer lives at the 1082 County Road 3884, Queen City, Texas 75572 residence, then Plaintiffs must make reasonable efforts to locate him and effect service of Defendants. If service at Danny Crocker's new address is not possible either by "delivering to the defendant, in person, a copy of the citation, showing the delivery date, and of the petition; or mailing to the defendant by registered or certified mail, return receipt

requested, a copy of the citation and of the petition," TEX. R. CIV. P. 106(a)(1), (2), then Plaintiffs may effect service in any other manner, which affidavit "or other evidence shows will be reasonably effective to give the defendant notice of the suit," Tex. R. Civ. P. 106(b)(2). If Plaintiffs opt for alternative service in such circumstances, the basis for Plaintiffs contention that such service would be "reasonably effective to give the defendant notice of the suit" must be supported by affidavit or other evidence submitted with Plaintiffs' notice to the Court.

**So ORDERED and SIGNED this 18th day of July, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE