# Exhibit "A"

DUE DILIGENCE
UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF TEXAS

ASHONTA CHARLES, et al.
Plaintiff,

V.                                                  CIVIL ACTION NO. 5:23-CV-00144

DANNY CROCKER, BCSFM, LLC and BCS
MANAGEMENT GROUP, LLC
Defendant,

SUMMONS IN A CIVIL ACTION

Received on: 28 JANUARY 2026 at 6:05 p.m. the above documents to be delivered to:

DANNY CROCKER
7108 DANDELION DR, AUBREY, TX 76227

On 25 FEBRUARY 2026 at 1:00 p.m., I was unable to deliver the documents to DANNY CROCKER.
1)2-25-26 @255P, I spoke with an older white male who said this is a rental property. He said he moved in back in November 2025. He said Crocker was the previous tenant. He said I am the second person to come looking for him.

I, am a person not less than eighteen (18) years of age, have never been convicted of a felony or a crime of moral turpitude, and no charge of a felony or a crime of moral turpitude is pending against me. I am not a party to or interested in the outcome of this case, am authorized by law, by the Judicial Branch Certification Commission, or by written order of the Court to deliver citations and or other notices and am able to perform this service of process correctly pursuant to TRCP 103, 106, 107 and 536a. I swear that the statements and facts contained in this affidavit are true and correct and within my personal knowledge and experience.

My name is Brian Bankowski, I am at least 18 years old, and my address is 324 Red Fox Ln , Denton, TX 76210, and United States of America. I declare under penalty of perjury that the foregoing is true and correct.  Executed in Denton County, State of TX, on February 25, 2026.

PSC# 6817 EXP 05/31/2027