# Exhibit "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ASHONTA CHARLES, ALI CLAYTON, | § | |
| LUIS ESPINEIRA, JERRY FRANKLIN, | § | |
| RODNEY GEORGE, ROBERT GREENE, | § | |
| CRAIG HARRIS, SAMANTHA MISSAGHY, | § | |
| KIMBERLEY MOORE, TYLER MORELAND, | § | |
| ANGELA REDIC, SLOANE SOMMERS, | § | |
| AND MICHAEL TOOMEY | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:23-CV-00144 |
| | § | |
| DANNY CROCKER, BCSFM, LLC, AND | § | |
| BCS MANAGEMENT GROUP, LLC | § | |

**Affidavit of Delivery Attempts**

BEFORE ME, the undersigned authority, on this day personally appeared Kevin Blandford, who after being duly sworn, did upon his oath state the following:

"My name is Kevin Blandford. I am over eighteen (18) years of age, I am fully competent to testify to the matters stated in this affidavit, and I am not a party to this suit. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.

Plaintiff's attorney contacted me to coordinate delivery of a Summons in a Civil Action with Plaintiffs' Third Amended Complaint, Plaintiffs' Second Amended Complaint, Plaintiffs' Original Complaint, Order (dated June 13, 2025), Order (dated July 22, 2025), and Order (dated July 30, 2025) to Danny Crocker. Previous attempts to deliver legal documents to Danny Crocker at 1082 County Road 3884, Queen City, Texas 75572 had been unsuccessful, so I was asked to see if I could find any other valid addresses at which to attempt personal delivery of the pleadings.

On February 12, 2026, I performed an internet database search for valid addresses for Danny Ray Crocker. The most recent address I found was 7108 Dandelion Drive, Aubrey, Texas 76227. I sent the pleadings to a colleague in the Dallas/Fort Worth area to attempt service in Aubrey, Texas. According to Brian Bankowski's affidavit, the current resident at 7108 Dandelion Drive, Aubrey, Texas 76227 moved into that address in November 2025. He confirmed that Danny Crocker was the previous tenant at that rental property.

On February 17, 2026, I searched the Denton Central Appraisal District website for ownership information for the property at 7108 Dandelion Drive, Aubrey, Texas 76227. That site shows the property is currently 100% owned by Ying Wei and Ross Kulak. The owners' mailing address is different from the property address, and they do not maintain a homestead exemption. That indicated the property is a rental property. I also searched the Cass Central Appraisal District for information on the property at 1082 County Road 3884, Queen City, Texas 75572, the original address provided for Danny Crocker. That site confirms that Danny Crocker sold that address on January 1, 2024.

A further review of the internet database search for Danny Crocker did not show any more recent addresses at which to attempt delivery of the pleadings. The search did not show any current vehicle registrations for him either. Due to the lack of current addresses for Danny Crocker, I advised Plaintiff's attorney that an internet database search should be performed on Danny Crocker's wife, Courtney Crocker, formerly Courtney Hodge.

On March 5, 2026, I performed an internet database search for valid addresses for Courtney Crocker, a/k/a Courtney Lee Hodge. That search did not result in any more recent addresses than those found in the internet database search for Danny Crocker. The search did not show any current vehicle registrations for her either. According to the search, Courthey Lee Crocker's most recent Texas Driver's License was issued in March 2024 with an address of 5701 Larry Drive, Texarkana, Texas 75503. That address was also on her Texas Driver's License issued in October 2022; however, the driver's license issued to her in July 2023 bore the address 1082 County Road 3884, Queen City, Texas 75572.

According to the internet database for Danny Crocker, his most recent Texas Driver's License was issued in October 2024 with an address of 113 Fricks Lane, Texarkana, Texas 75501. Before that, his Texas Driver's License issued in June 2024 bore the address 5701 Larry Drive, Texarkana, Texas 75503. The Texas Driver's License issued to Danny Ray Crocker in March 2023 and the Texas Driver's License issued to him in February 2020 both bore the address of 1082 County Road 3884, Queen City, Texas 75572.

According to the Bowie Central Appraisal District website, the property at 113 Fricks Lane, Texarkana, Texas 75501 is 100% owned by Randall and Kerri Crocker, per gift deed dated November 30, 1999. The owners' mailing address differs from the property address, and no homestead exemption is noted. I do not believe the address is a rental property because that is the address where process server Ronni B. Gibbs attempted delivery to Danny Crocker in July 2025. The server met with Danny Crocker's mother, and she told him that Danny Crocker lives in Dallas, Texas.

According to the Bowie Central Appraisal District website, 5701 Larry Drive, Texarkana, Texas 75503 is 100% owned by Susan Keeney, per deed dated July 10, 2013. The owner's mailing address differs from the property address, and no homestead exemption is noted. Though that address may be a rental property, the internet database searches for both Danny Ray Crocker and Courtney Lee Hodge, a/k/a Courtney Lee Crocker, indicate they lived there in 2024, following the sale of the property at 1082 County Road 3884, Queen City, Texas 75572. Danny Crocker has since had at least two other more recent addresses since living at 5701 Larry Drive, Texarkana, Texas 75503.

On March 12, 2026, I spoke with Dara Cornett via telephone at (903) 798-3130. Mr. Cornett works in police administration for the Texarkana Arkansas Police Department. Ms. Cornett confirmed that Danny Crocker is currently a cadet in their police academy. She could not say where the academy was being held, but she said this academy class will be in training for another six weeks.

Based on my research, I have been unable to determine the current whereabouts of Danny Crocker. New information is constantly populating through the credit reporting agencies, utility records, vehicle registration records, and other sources the internet databases use. I believe, at some point, a new address for Danny Crocker will be found. Until then, I do not have a recommendation on how to deliver the pleadings to him. If Danny Crocker graduates from the Texarkana Arkansas Police Department academy, I believe delivery of the pleadings would be possible at the Texarkana Arkansas Police Department.

_____
Affiant

STATE OF TEXAS
COUNTY OF TRAVIS

BEFORE ME, a notary public, personally appeared, Kevin Blandford, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

Given under my hand and seal of office this the 12th day of March 2026

ALISA GARCIA
My Notary ID # 126017059
Expires February 28, 2027

_____
Notary Public, State of Texas