**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **ASHONTA CHARLES, ALI CLAYTON,** | § | |
| **LUIS ESPINEIRA, RODNEY GEORGE,** | § | |
| **ROBERT GREENE, CRAIG HARRIS,** | § | |
| **SAMANTHA MISSAGHY, TYLER** | § | |
| **MORELAND, ANGELA REDIC,** | § | |
| **SLOANE SOMMERS, and MICHAEL** | § | |
| **TOOMLEY,** | § | |
| *Plaintiffs*, | § | **CIVIL ACTION NO. 5:23-cv-00144** |
| | § | |
| **v.** | § | |
| | § | |
| **DANNY CROCKER, BCSFM, LLC, and** | § | |
| **BCS MANAGEMENT GROUP, LLC,** | § | |
| *Defendants.* | § | |

## ORDER ON PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE OF PROCESS

TO THE HONORABLE COURT:

On this day, the Court reviewed the motion of Plaintiffs Ashonta Charles, Ali Clayton, Luis Espineira, Rodney George, Robert Greene, Craig Harris, Samantha Missaghy, Tyler Moreland, Angela Redic, Sloane Sommers, and Michael Toomley for service of citation on Defendant Danny Crocker, BCSFM, LLC, and BCS Management Group, LLC by a manner other than by delivery in person. This Court reviewed and considered the motion and the supporting affidavit and is of the opinion that service has been attempted by delivery to Defendants in person, pursuant to the Federal Rules of Civil Procedure, but that such attempted service has bot been successful. Further, this Court is of the opinion that the manner of service ordered will be reasonably effective to give Defendants notice of this suit.

THEREFORE, given the long history of difficulty in locating and serving Defendant, Plaintiffs asks the Court to determine the most prudent way to effectuate service on Defendant within the federal rules of civil procedure.

IT IS ORDERED that Defendant be served by the following:

_____

SIGNED on _____.


_____
JUDGE PRESIDING