**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| ASHONTA CHARLES, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00144-RWS |
| | § | |
| DANNY CROCKER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Motion for Alternative Service of Process. Docket No. 28. On November 14, 2025, Plaintiffs filed their Third Amended Complaint. Docket No. 21. On February 13, 2026, because Plaintiffs had not yet filed proof of service, the Court ordered Plaintiffs to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). Docket No. 25. Plaintiffs responded to that order on February 19, 2026, and successfully showed good cause for their failure to timely serve Defendants. Docket No. 26. The Court then discharged the prior order to show cause. Docket No. 27. In the same order, the Court required Plaintiffs to file either (1) proof or an affidavit indicating that they have served Defendants or (2) a motion for alternative service within 30 days after entry of that order. *Id.*

Plaintiffs did not adhere to the Court's order. Instead, Plaintiffs filed the instant motion requesting that the Court "determine the most prudent way to effectuate service on Defendant within the federal rules of civil procedure," given the ongoing difficulty in serving Defendants. Docket No. 28 at 4–5. However, it is well-established that the Court cannot give litigants legal advice and Plaintiffs are responsible for effectuating service pursuant to the Federal Rules of Civil Procedure. Accordingly, it is

**ORDERED** that Plaintiffs' motion (Docket No. 28) is **DENIED**. It is further

**ORDERED** that Plaintiffs must provide a status update regarding service within **fourteen (14) days** after entry of this Order. If Plaintiffs have not served Defendants by this date, they are further

**ORDERED** to **SHOW CAUSE** why the above-captioned case should not be dismissed under Rules 4(m) and 5(a)(2).

**So ORDERED and SIGNED this 8th day of April, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE